1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANNY OWENS, | ) | NO. CV 13-7796-SJO (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RICHARD IVES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying And Dismissing Petition For Lack Of Jurisdiction," IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 3, 2014.

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE